JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
  michael@jlglawyers.com
Abigail A. Zelenski (SBN 228610)
  abigail@jlglawyers.com
David Zelenski (SBN 231768)
  david@jlglawyers.com
Ryan A. Stubbe (SBN 289074)
  ryan@jlglawyers.com
300 West Glenoaks Boulevard, Suite 300
Glendale, California 91202
Telephone:  (818) 630-7280
Facsimile:  (888) 879-1697

*Attorneys for Plaintiff*

KELLEY DRYE & WARREN LLP
Sarah Diamond (SBN 281162)
  sdiamond@kelleydrye.com
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, California 90067-4008
Telephone:  (310) 712-6100
Facsimile:  (310) 712-6199

KELLEY DRYE & WARREN LLP
Lauri A. Mazzuchetti (*pro hac vice*)
  lmazzuchetti@kelleydrye.com
Geoffrey W. Castello (*pro hac vice*)
  gcastello@kelleydrye.com
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone:  (973) 503-5900
Facsimile:  (973) 503-5950

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE G. SAN PEDRO-SALCEDO, individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br><br>          v.<br><br>THE HÄAGEN-DAZS SHOPPE COMPANY, INC.; NESTLE DREYER'S ICE CREAM COMPANY; NESTLE USA, INC.; and DOES 1 through 50,<br><br>                   Defendants. | Case No. 5:17-cv-03504-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADJOURNMENT OF MEDIATION**<br><br>*Assigned to Hon. Edward J. Davila*<br><br>*Referral Judge:  Hon. Nathanael M. Cousins* |

1

Plaintiff Melanie G. San Pedro-Salcedo ("Plaintiff"), by and through her counsel, Jaurigue Law Group, and Defendants The Häagen-Dazs Shoppe Company, Inc.; Nestle Dreyer's Ice Cream Company; and Nestle USA, Inc. ("Defendants"), by and through their counsel, Kelley Drye & Warren LLP, hereby stipulate, pursuant to Civil Local Rule 6-2, for an order to adjourn the mediation to be conducted by April 16, 2018.  The following is a brief chronology and the reasons supporting this joint request:

1.      On November 20, 2017, the Court entered an Order Selecting ADR Process, setting mediation for 150 days from November 17, 2017, resulting in a mediation deadline of April 16, 2018. (Docket Entry #39).

2.      On January 4, 2018, the Court issued a Notice of Appointment of Mediator, assigning the Hon. John M. True III (Ret.) as the Mediator, and stating that the Mediator would schedule a joint phone conference with counsel pursuant to rule 6-6 of the Northern District of California's ADR Local Rules for the purpose of, *inter alia*, scheduling the mediation.  (Docket Entry #40).

3.      The joint phone conference did not take place until March 22, 2018.  Prior to the conference, on March 18, 2018, Judge True's office provided the parties with several open dates to conduct the mediation.

4.      During the joint phone conference, Defendants explained to Judge True that the open dates for the mediation that Judge True had provided to the parties conflicted with other events on the calendar of Defendants' representative.  Accordingly, Defendants asked, with Plaintiff's consent, for an adjournment of the April 16, 2018, date by which to complete mediation.  Judge True said that he had no objection to that request and directed the parties to file a stipulation with the Court.

5.      Judge True and the parties have set the date for the mediation for May 14, 2018.

/ / / / /

Based on the foregoing, Plaintiff and Defendants **HEREBY STIPULATE** that the deadline to conduct mediation be continued to May 14, 2018.  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  April 6, 2018                                     JAURIGUE LAW GROUP

_/s/ David Zelenski_ [1]

Michael J. Jaurigue
Abigail A. Zelenski
David Zelenski
Ryan A. Stubbe
_Attorneys for Plaintiff_

Dated:  April 6, 2018                                     KELLEY DRYE & WARREN LLP

_/s/ Lauri A. Mazzuchetti_

Lauri A. Mazzuchetti
Geoffrey W. Castello
Sarah Diamond
_Attorneys for Defendants_

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _____

Hon. Edward J. Davila
_United States District Court Judge_

---

[1] Pursuant to rule 5-1 of the Northern District's Local Rules, I hereby attest that concurrence in the filing of this document has been obtained from the signatories below.

4841-8300-3489v.1

STIPULATION AND [PROPOSED] ORDER FOR ADJOURNMENT OF MEDIATION – Case No. 17-cv-03504