KELLEY DRYE & WARREN LLP
  Tahir L. Boykins (State Bar No. 323441)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone:   (310) 712-6100
Facsimile:   (310) 712-6199
tboykins@kelleydrye.com

KELLEY DRYE & WARREN LLP
  Lauri A. Mazzuchetti (*pro hac vice*)
  Geoffrey W. Castello (*pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone:   (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
gcastello@kelleydrye.com

*Attorneys for Defendants*
*The Häagen-Dazs Shoppe Company, Inc.,*
*Nestlé Dreyer's Ice Cream Company, and Nestlé USA, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELANIE G. SAN PEDRO-SALCEDO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HÄAGEN-DAZS SHOPPE COMPANY, INC., a New Jersey corporation; NESTLÉ DREYER'S ICE CREAM COMPANY, a Delaware corporation; NESTLÉ USA, INC., a Delaware corporation; and DOES 1 through 50,<br><br>Defendants. | Case No. 17-cv-03504-EJD<br><br>Assigned to Hon. Edward J. Davila<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF SARAH E. DIAMOND** |

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that Sarah E. Diamond, formerly of Kelley Drye & Warren LLP, respectfully submits this notice to withdraw her appearance as counsel of record for defendants The Häagen-Dazs Shoppe Company, Inc., Nestlé Dreyer's Ice Cream Company, and Nestlé USA, Inc. in the above-captioned proceeding.

I am no longer associated with Kelley Drye & Warren LLP. Defendants continue to be represented by Kelley Drye & Warren LLP as counsel in this matter and all other attorneys involved in this action from Kelley Drye & Warren LLP will remain as counsel of record for Defendants.

DATED: March 14, 2019                   Respectfully submitted

                                        By: /s/ Sarah E. Diamond
                                        Sarah Diamond (State Bar No. 281162)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the **NOTICE OF WITHDRAWAL OF COUNSEL** this 14th day of March, 2019, by filing this Notice on the Court's ECF:

    JAURIGUE LAW GROUP
    Michael J. Jaurigue (SBN 208123)
    michael@jlglawyers.com
    Ryan A. Stubbe (SBN 289074)
    ryan@jlglawyers.com
    300 West Glenoaks Boulevard, Suite 300
    Glendale, California  91202
    Telephone:  (818) 630-7280
    Facsimile:  (888) 879-1697

    GLANCY PRONGAY and MURRAY LLP
    Danielle Leigh Manning
    dmanning@glancylaw.com
    Marc Lawrence Godino
    mgodino@glancylaw.com
    Stan Karas
    SKaras@glancylaw.com
    1925 Century Park East Suite 2100
    Los Angeles, CA 90045
    Telephone:  (310) 201-9150
    Facsimile:  (310) 201-9160

    GREENSTONE LAW APC
    Mark Samuel Greenstone
    mgreenstone@greenstonelaw.com
    1925 Century Park East, Suite 2100
    Los Angeles, CA 90067
    Telephone:  (310) 201-9156
    Facsimile:  (310) 201-9160

    *Attorneys for Plaintiff*

Dated:  March 14, 2019        /s/ Tahir L. Boykins
                                    Tahir L. Boykins (State Bar No. 323441)