UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELANIE G. SAN PEDRO-SALCEDO,<br><br>Plaintiff,<br><br>v.<br><br>THE HAAGEN-DAZS SHOPPE COMPANY, INC.,<br><br>Defendant. | Case No. 5:17-cv-03504-EJD<br><br>**ORDER RE DEFENDANT'S ADMINISTRATIVE MOTION TO INCREASE PAGE LIMIT**<br><br>Re: Dkt. No. 108 |

Defendant has filed an administrative motion seeking leave to file a reply brief in support of its summary judgment motion that exceeds the 15-page limit set by Civil Local Rule 7-2(c). Defendant contends that good cause exists because (a) Plaintiff's opposition brief (Dkt. No. 100) contains numerous, substantive footnotes that do not comply with the court's standing order for civil cases, and (b) the opposition improperly relies on previously undisclosed documents. The court's standing order provides that "[f]ootnotes shall be in no less than 12-point type and shall be double-spaced." Standing Order § IV.A.4. Plaintiff plainly did not comply with the standing order, and in doing so, Plaintiff also violated the 25-page limit set by Civil Local Rule 7-2(a). The court will not consider any of the footnotes in plaintiff's opposition. *Cho v. UCBH Holdings Inc.*, 2011 WL 3809903, at *18 (N.D. Cal. 2011). As to Defendants' second argument, Civil Local Rule 7-2(c) provides, "Any evidentiary . . . objections to the opposition must be contained within the reply brief or memorandum." Accordingly, neither argument justifies allowing Defendant to file a reply brief that exceeds the page limit set by the Civil Local Rules.

Defendant's administrative motion is denied, and the court will not consider any footnotes that fail to comply with the court's standing order.

**IT IS SO ORDERED.**

Dated: September 12, 2019

_____
EDWARD J. DAVILA
United States District Judge